UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 06-21666-CIV-MOORE
Magistrate Judge Garber

HUGO CASTRO and GRACIELA CASTRO,

    Plaintiffs,

v.

FIDELITY NATIONAL INSURANCE COMPANY
and CITIZENS PROPERTY INSURANCE
CORPORATION,

    Defendants.

## MOTION FOR FINAL JUDGMENT AND REQUEST TO BE DELETED FROM CM/ECF

COMES NOW the Defendant, FIDELITY NATIONAL INSURANCE COMPANY, by and through the undersigned counsel and hereby files this Motion for Final Summary Judgment in its favor and as grounds therefor states as follows:

1. On April 18, 2007 this Court entered summary judgment in favor of Defendant, FIDELITY NATIONAL INSURANCE COMPANY, [D.E. 28].

2. To date, no final judgment has been entered by the Court and the undersigned continues to receive electronic notices from the Court.

3. In order to bring this matter to a close, the undersigned respectfully requests the Court enter final judgment in favor of Defendant FIDELITY NATIONAL INSURANCE COMPANY and instruct the Clerk to delete the undersigned from the CM/ECF system.

Case No. 06-21666-CIV-MOORE

Respectfully submitted,


s/ J. Michael Pennekamp
J. Michael Pennekamp
Fla. Bar No. 983454
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
E-mail: jmp@fowler-white.com
*Counsel for Fidelity National Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


s/ J. Michael Pennekamp
J. Michael Pennekamp

-2-

Case No. 06-21666-CIV-MOORE

**SERVICE LIST**
Castro v. Fidelity
CASE NO. 06-21666-CIV-MOORE

| | |
|---|---|
| Geoffrey A. Gilbert, Esq. | John H. Ruiz, Esq. |
| Email:gg@wadsworthking.com | Email:jruizpilaw@aol.com |
| Christopher W. Wadsworth, Esq. | Hector A. Pena, Esq. |
| Email:cw@wadsworthking.com | mrfelps97@aol.com |
| Wadsworth & King LLP | JOHN H. RUIZ, P.A. |
| 200 S.E. 1st Street, Suite 1100 | 5040 NW 7th Street |
| Miami, FL 33131 | Penthouse 1 |
| Telephone: (305) 777-1000 | Miami, FL 33126 |
| Facsimile: (305) 777-1001 | Telephone: (305) 649-0020 |
| Attorney for CITIZENS PROPERTY INSURANCE CORPORATION | Facsimile: (305) 649-6070 |
| Service via transmission of Notices of Electronic Filing generated by CM/ECF | Attorney for HUGO CASTRO and GRACIELA CASTRO |
| | Service via transmission of Notices of Electronic Filing generated by CM/ECF |

FOWLER WHITE BURNETT, P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131-3302 • (305) 789-9200